# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 07-CR-557** |
| ) | |
| **NEAL D. SAFERSTEIN** ) | |
| **TYRONE L. BARR** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**AND NOW,** this 16th day of April, 2009, upon consideration of Defendants' Motion to Sever [Doc. No 75]; the Government's Response thereto [Doc. No. 155]; Defendant's Reply [Doc. No 98] and hearings held in this matter, and for the reasons stated in the foregoing memorandum opinion, it is hereby

**ORDERED** that Defendants' Motion is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

BY THE COURT:

s/Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**