# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 07-CR-557** |
| ) | |
| **NEAL D. SAFERSTEIN,** ) | |
| **TYRONE L. BARR** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**AND NOW,** this 28th day of April, 2009, upon consideration of Defendants' Motion to Suppress [Doc. Nos. 78 & 79]; the Government's Response thereto [Doc. No. 89]; Defendant's Reply [Doc. No 98] and a hearing held on this matter, and for the reasons stated in the foregoing memorandum opinion it is hereby

**ORDERED** that Defendants' Motion is **DENIED**. It is further **ORDERED** hat Defendant's Motion to Suppress [Doc. No. 109] is **DISMISSED** as **WITHDRAWN.**

It is so **ORDERED**.

BY THE COURT:

s/Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**